RECEIVED

JUN 1 0 2019

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

)
)
)
)
Plaintiff(s), Kristyna B. Hayes )
)
v.                                          )        Case No. _____
                                            )          (to be assigned by Clerk of District Court)
Express Scripts                             )
                                            )
                                            )
                                            )        JURY TRIAL DEMANDED
                                            )
                                            )        YES☐    NO☐
                                            )
Defendant(s). (Enter above the full name(s)  )
of all defendants in this lawsuit. Please    )
attach additional sheets if necessary.)      )


### EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) Retaliation

## PARTIES

2.   Plaintiff's name: Kristyna Hayes

Plaintiff's address: 5957 Ferris Ave
Street address or P.O. Box

St. Louis   MO 63120
City/ County/ State/Zip Code

(314) 359-5920
Area code and telephone number

3.   Defendant's name: Express Scripts

Defendant's address: One Express Way Mailstop HQ 2E03
Street address or P.O. Box

St. Louis MO 63121
City/County/State/ Zip Code

_____
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

4700  N. Hanley Rd  St. Louis  MO  63134
(Street Address)        (City/County)        (State)   (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

April 24, 2017

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: 5/19/2017

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 5/19/2017

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[✓] Yes                              [ ] No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓    race

____    religion

____    national origin

____    color

____    gender

✓    disability

____    age (birth year is:  _____ )

✓    other: because I took a stress leave from work due to hostile working conditions.

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                    ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

On April 24, 2017 I was terminated from Express Scripts on my first day back to work from a two month stress leave. Prior to my leave, I had not had any type of discipline records and my performace was always satisfactory or above. Many black employees had been getting fired, not able to get promotions and being mistreated. All the employees I am aware of that experienced this unfair behavior were under supervision of the same lady and their termination papers were all signed by the lady's friend who was in HR. I was told I violated the company's social media

(Continue to page 6, if additional space is needed.)

5

Policy, which I deny. This incident supposedly took place while I was on my stress leave with company. The first part of my leave I was paid, then received letter stating I was no longer elgible to receive payment under my FMLA disability claim and needed to return to work. I was out of work for 2 months and only received pay for one month, then was terminated first day I returned to work.

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

    ☐ are still being committed by the defendant.

    ☐ are no longer being committed by the defendant.

    ☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. I want the defendents to be held accountable for the wrong doing and some type of Justice to be reached. I want their actions to be made adware of, to prevent continuos acts like previous ones. I want to be compensated for the pain and suffering and loss wages.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of ___June_____, 20_19_ .

Signature of Plaintiff _____